UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:14CR00088 RWS (SPM) |
| | ) | |
| DIONNE LAMONT GATLING, | ) | |
| a/k/a "Cuffie," | ) | |
| ANDRE ALPHONSO RUSH, | ) | |
| a/k/a "Dog," "Dre," | ) | |
| TIMOTHY LAMONT RUSH, | ) | |
| a/k/a "Professor," and | ) | |
| LORENZO RALPH GIBBS, | ) | |
| a/k/a "Tall," "Reno," | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S NOTICE OF CAPITAL CRIMES REVIEW STATUS

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dean R. Hoag and Michael A. Reilly, Assistant United States Attorneys for said District, and respectfully informs this Court that on or about September 9, 2015, the Attorney General authorized and directed the United States Attorney's Office for the Eastern District of Missouri to not seek the death penalty against defendants Dionne Lamont Gatling, Andre Alphonso Rush, Timothy Lamont Rush, and Lorenzo Ralph Gibbs.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/ Dean R. Hoag
DEAN R. HOAG, #23843MO
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Attorneys of Record for defendants.

                                          s/ Dean R. Hoag
                                         DEAN R. HOAG, #23843MO
                                         MICHAEL A. REILLY, #43908MO
                                         Assistant United States Attorneys