UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:14 CR 00088 RWS (SPM) ) |
| DIONNE GATLING, | ) ) |
| Defendant. | ) |

## DEFENDANT GATLING'S MOTION FOR LEAVE TO FILE MOTION FOR BOND RECONSIDERATION UNDER SEAL

Comes now Defendant DIONNE GATLING, by and through his attorney of record, JoAnn Trog, and for his Motion for Leave to File Motion for Bond Reconsideration Under Seal, states as follows:

1. Defendant seeks leave to file his Motion for Bond Reconsideration Under Seal for the reason that the information contained in the aforesaid Motion is confidential.

WHEREFORE, for the foregoing reasons, Defendant Gatling prays that this Court grant him Leave to File Motion for Bond Reconsideration Under Seal of Court, and for such other and further Orders as the Court deems proper in the premises.

Respectfully submitted,

/S/ *JoANN TROG*
JoANN TROG          42725MO
Attorney for Defendant
121 West Adams
St. Louis, Missouri 63122
Telephone:  (314) 821-1111
Fax:  (314) 821-9798
E-Mail:  Jtrogmwb@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dean Hoag and Michael Reilly, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

      /S*/ JoANN TROG*