RECEIVED

JUN 16 2016

Clerk: **BY MAIL**

6-15-16

My name is Timothy Rush, defendant in case # 4:14CR88. RWS/SPM I'm writing to request a full + complete copy of the docket sheet in the above case #.

Thank you!
T. Rush.

Tim Rush F-9
301 N. 2nd St
St. Charles Mo
63301

Legal Mail

MAILED FROM
ST. CHARLES COUNTY
DETENTION CENTER

RECEIVED
JUN 16 2016
BY MAIL

Clerks Office
111. S. 10th St.
St. Louis Mo 63101

Hasler   FIRST-CLASS MAIL
US POSTAGE $000.46
ZIP 63301
011D12603605

63101-201811