# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No. 4:14CR00088RWS/SPM |
| | ) |
| **TIMOTHY RUSH,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

COMES NOW, Counsel for Defendant, Preston Humphrey, Jr., and requests leave to file Motion under seal.

Respectfully submitted,

By:  /s/ Preston Humphrey, Jr.
Preston Humphrey, Jr. #49183MO
Attorney for Defendant
1015 Locust, Suite 413
St. Louis, MO 63101
(314) 621-1765
(314) 875-9297 *facsimile*


CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was filed electronically on the 24th day of June, 2016 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dean Hoag and Michael Riley, Assistant United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, MO 63102 and all counsel of record.

/s/ Preston Humphrey, Jr.