UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:14CR00088 RWS (SPM) |
| DIONNE LAMONT GATLING, ANDRE ALPHONSO RUSH, TIMOTHY LAMONT RUSH, and LORENZO GIBBS, | ) ) ) ) ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR CLOSURE
OF THE COURTROOM AS TO ONLY CS#1'S TESTIMONY ONLY**

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dean R. Hoag and Michael A. Reilly, Assistant United States Attorneys for said District, and respectfully moves the Court to fully close the courtroom as to the testimony of witness CS1 only, and in support of its motion, states as follows:

1. The Government's request for closure of the courtroom applies only to CS1's testimony in the Franks hearing scheduled for October 17, 2016.

2. All other witnesses scheduled for the Franks hearing would not be subject to the closure and would appear and testify in open court.

3. A sealed memorandum in support of this motion is attached hereto.

WHEREFORE, for the reasons stated in the sealed memorandum, the Government respectfully requests the Court to order closure of the courtroom during CS1's testimony.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/ Dean R. Hoag
DEAN R. HOAG, #23843MO
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys
111 South 10th St., 20th Floor
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016, the foregoing was filed electronically and with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

JoAnn Trog
Attorney at Law
(Attorney for defendant Gatling)

Preston Humphrey
Attorney at Law
(Attorney for defendant T. Rush)

Bob Herman
Attorney at Law
(Attorney for defendant A. Rush)

Steve Welby
Attorney at Law
(Attorney for defendant L. Gibbs).

s/ Dean R. Hoag
DEAN R. HOAG, #23843MO
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys
