UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. S1-4:14CR00088 RWS (SPM) |
| DIONNE GATLING, et al., | ) ) ) | |
| Defendants. | ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**
**REGARDING THE PRE-TRIAL EVIDENTIARY MOTION HEARING**

COMES NOW the United States of America by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dean R. Hoag and Michael A. Reilly, Assistant United States Attorneys for said District, and files its proposed exhibit list for the pretrial evidentiary motion hearing.  The Government reserves the right to modify this list as needed.

| #    | Item | Offered/Witness/Admitted |
|------|------|--------------------------|
| M-1  | Title III Affidavit in Support of Amended Application (314-598-2330), August 28, 2012 | _____/_____/_____ |
| M-1A | Amended Application for Interception of Wire Communications (314-598-2330), August 28, 2012 | _____/_____/_____ |
| M-1B | Amended Order for Interception of Wire Communications (314-598-2330), August 28, 2012 | _____/_____/_____ |
| M-2  | Documents related to Dionne Gatling's conviction in 4:95CR 193 CDP (EDMO); indictment stipulation of facts, judgment | _____/_____/_____ |
| M-3  | Documents related to DF's conviction in 05-80955 (SDMI) | _____/_____/_____ |

1

| #    | Item | Offered/Witness/Admitted |
|------|------|--------------------------|
| M-4  | DF USM 129 | _____/_____/_____ |
| M-5  | Photograph of FS provided by CS1 | _____/_____/_____ |
| M-6  | FS driver's license photo | _____/_____/_____ |
| M-7  | DEA 6 report related to FS's arrest in Michigan in 2005 | _____/_____/_____ |
| M-8  | Documents related to FS's indictment and Acquittal in 2:05CR-80865 RHC-RSW (EDMI) | _____/_____/_____ |
| M-8A | FS USM 129 | _____/_____/_____ |
| M-9A | Documents related to FS Transport – Motor Carrier Management Information System (MCMIS) Reflects 2-27-09 Newton County stop (MG) | _____/_____/_____ |
| M-9B | FS Transport Motor Carrier Info Sheet | _____/_____/_____ |
| M-10 | MSHP Newton County Narcotics Report February 27, 2009 (FS Trans/MG) | _____/_____/_____ |
| M-11 | DEA 6 report relative to MCMIS records and events of February 27, 2009 | _____/_____/_____ |
| M-12 | Arizona Dept. of Public Safety Report May 28, 2009 (FS Trans) | _____/_____/_____ |
| M-12A | DEA 6 report relative to MCMIS records and events of May 28, 2009 | _____/_____/_____ |
| M-13 | Phone toll records showing contact between CS#1, Gatling and FS (p. 9, para. 16) | _____/_____/_____ |
| M-14 | Phone toll records showing contact between Gatling and FS (p. 10, para. 16) | _____/_____/_____ |
| M-15 | Phone toll records showing contact between CS#1 and FS on July 12, 2012 (p. 10, para. 17) | _____/_____/_____ |

| # | Item | Offered/Witness/Admitted |
|---|---|---|
| M-16 | US Airways records regarding FS's travel to St. Louis between July 10 and July 23, 2012 | _____/_____/_____ |
| M-16A | DEA 6 report relative to US Airways records pertaining to FS's travel | _____/_____/_____ |
| M-17 | DEA 6 relative to July 23 surveillance of FS in St. Louis area | _____/_____/_____ |
| M-18A | LaQuinta Inns and Suites receipt for FS between July 19-23, 2012 | _____/_____/_____ |
| M-18B | DEA 6 report relative to LaQuinta receipt | _____/_____/_____ |
| M-18C | DEA 6 report relative to LaQuinta reservation | _____/_____/_____ |
| M-18D | DEA 6 report relative to July 23, 2012 | _____/_____/_____ |
| M-19 | Phone toll records showing events of August 5, 2012 (pp. 11-12, para. 22, p. 14, para. 25) | _____/_____/_____ |
| M-20 | Phone toll records showing that 314-358-4269 is in contact with TT #1 (p. 13, para. 22, 16) | _____/_____/_____ |
| M-21 | Phone toll records showing that CS#1 is in contact with TT #1 (p. 13-14, para. 24) | _____/_____/_____ |
| M-22 | PLI data pertaining to (314)358-4269 (FS) (p. 13, para. 22) | _____/_____/_____ |
| M-22A | PLI data pertaining to (314)358-4269 (FS) (p. 13, para 22) closer demonstrative | _____/_____/_____ |
| M-23 | PLI data pertaining to (314)598-2330 (Gatling) (p. 13, para. 22) | _____/_____/_____ |
| M-23A | PLI data pertaining to (314)598-2330 (Gatling) (p. 13, para. 22), closer demonstrative | _____/_____/_____ |
| M-23A | DEA 6 report, Budds regarding surveillance of Gatling on August 25, 2012 | _____/_____/_____ |
| M-24 | Application and Affidavit for Search Warrant | |

| #     | Item | Offered/Witness/Admitted |
|-------|------|--------------------------|
| M-25  | Application and Affidavit for Search Warrant 1:09-mj-864, NDGA | _____/_____/_____ |
| M-26  | DEA Memorandum regarding threat toward CS1 pertaining to DF letter of Sept. 23, 2014 | _____/_____/_____ |
| M-26A | DF letter to CS1, September 23, 2014 | _____/_____/_____ |
| M-26B | DF letter to CS1, September 11, 2014 | _____/_____/_____ |
| M-27  | DEA 6 report, Davidson regarding CS1, March 5, 2015 | _____/_____/_____ |
| M-28  | DEA 6 report, Davidson regarding calls to CS1 on March 13 and 16, 2015, from 773-512-XXXX | _____/_____/_____ |
| M-28A | CS#1 screen shots related to threats | _____/_____/_____ |
| M-29  | DEA 6 report, Davidson regarding CS1 and events of March 17, 2015, being followed from work | _____/_____/_____ |
| M-30  | DEA 6 report, Johnson regarding pen register and tolls for 773-512-XXXX, March 23, 2015 | _____/_____/_____ |
| M-31  | DEA 6 report, Devlin Hutchins regarding tolls For 773-512-XXXX and CS1, July 13, 2015 | _____/_____/_____ |
| M-31A | DEA 6 report, Devlin Hutchins regarding tolls For 773-512-XXXX and CS1, July 13, 2015 | _____/_____/_____ |
| M-32  | Text message from individual to CS1 sent March 2015 | _____/_____/_____ |
| M-33  | DEA 6 report, Davidson, related to threats upon CS1, March 16, 2015 | _____/_____/_____ |
| M-33A | DEA 6 report, Davidson, related to threats upon CS1, March 17, 2015 | _____/_____/_____ |
| M-34  | Notes, JH | _____/_____/_____ |
| M-35  | Social media posting, September 2016 | _____/_____/_____ |

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/ Michael A. Reilly
DEAN R. HOAG, #23843MO
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys
111 South 10th St., 20th Floor
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, the foregoing was filed electronically and with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following and that a copy was also e-mailed to the following:

Attorneys of Record for defendants.

s/ Michael A. Reilly
DEAN R. HOAG, #23843MO
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys