**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14-CR-00088RWS (SPM) |
| ) | |
| DIONNE GATLING, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT EXHIBIT LIST FOR *FRANKS* HEARING**

COME NOW Defendants, by and through counsel, and file their exhibit list for the *Franks* hearing. Defendants reserve the right to further modify the list as needed.

| **Exhibit** | **Description** |
|---|---|
| A | Supplemental Discovery Provided by Government 5/7/2015 |
| B | Transcripts of Interviews and Reports from Investigating Agency (Batch 4) 2/2016 |
| C | Transcripts of Interviews from Investigating Agency (Batch 5) 4/5/2016 |
| D | Transcripts of Interviews from Investigating Agency (Batch 6) 4/28/2016 |
| E | Transcripts of Interviews from Investigating Agency (Batch 7) 7/19/2016 |
| F | JH Notes and Affidavit of CS1 (Batch 8) 10/12/2016 |
| G | Ex Parte Document Relating to K.C. (ECF 325-1) 10/14/2016 |
| H | Norcross PD Documents relating to D.A. 10/14/2016 |
| I | Administrative Appeal of K.C. |
| J | CS1 Email to Dean Hoag on October 11, 2016 (ECF 321-1) |
| K | Bankruptcy Filing of CS1 |
| L | DEA Agents Manual |

Respectfully submitted,

By:   /s/ Preston Humphrey, Jr.
Preston Humphrey, Jr. #49183MO
Attorney for Defendant Timothy Rush
1015 Locust, Suite 413
St. Louis, MO 63101
(314) 621-1765
(314) 875-9297 *facsimile*
phumphrey@phlawstl.com

/s/ Robert Herman
Robert Herman #32376MO
Attorney for Defendant Andre Rush
8820 Ladue Road, Suite 201
St. Louis, MO 63124
(314) 852-0200
bherman@laduelaw.com

/s/ JoAnn Trog
JoAnn Trog #42725MO
Attorney for Defendant Dionne Gatling
121 West Adams Avenue
St. Louis, MO 63122
(314) 821-1111
Jtrogmwb@aol.com

/s/ Stephen R. Welby
Stephen R. Welby #42336MO
Attorney for Defendant Lorenzo Gibbs
1221 Locust Street, 4th Floor
St. Louis, MO 63103
(314) 436-1888
welbylawfirm@yahoo.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was filed electronically on the 14th day of October, 2016 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dean Hoag and Michael Reilly, Assistant United States Attorney, 111 South 10th Street, St. Louis, MO 63102 and all counsel of record.

/s/ Preston Humphrey, Jr