UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE SHIRLEY P. MENSAH
COURTROOM PROCEEDING 13 SOUTH
COURTROOM MINUTE SHEET CRIMINAL

CASE NO.   4:14cr88 RWS/SPM

STYLE:   USA v. Dionne Lamont Gatling, et al.

DATE:   2/13/2018

Court Reporter:   FTR

Deputy Clerk:   Cheryl Ritter

Attorney for Government:   Angie Danis

Attorney for Defendant:   JoAnn Trog, Steve Welby, Preston Humphrey & Bob Herman (via telephone)

(X)   Parties present for:

Status Conference with Counsel Only.   Defendant Gatling's motion for leave to file reponse under seal (Doc. 547) is granted.   The deadline for filing a report on defendant's medical condition is March 2, 2018.   Additional scheduling matters discussed regarding motions and evidentiary hearing.   Orders to follow.

Proceeding Commenced and Ended:   10:12 am – 10:32 am